FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

RON HADDAD, JR. v. UNITED STATES

No. 2017-1723

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se ☑ As counsel for: UNITED STATES
Name of party

I am, or the party I represent is (select one):

☐ Petitioner ☐ Respondent ☐ Amicus curiae ☐ Cross Appellant
☐ Appellant ☑ Appellee ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant ☐ Respondent or appellee

My address and telephone are:

Name: Delisa M. Sánchez
Law firm: United States Department of Justice, Commercial Litigation Branch
Address: P.O. Box 480, Ben Franklin Station
City, State and ZIP: Washington, D.C. 20044
Telephone: (202) 616-0337
Fax #: (202) 305-7643
E-mail address: Delisa.Sanchez@usdoj.gov

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _______________ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _______________

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

March 13, 2017
Date

/s/Delisa M. Sánchez
Signature of pro se or counsel

cc: Ron Haddad, Jr.



Reset Fields

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 13th day of March, 2017, a copy of the foregoing

Entry of Appearance

was filed electronically.

☐ This filing was served electronically to all parties by operation of the Court's electronic filing system.

______________________________

☑ I caused a copy of this filing to be served via:

- ☐ hand delivery
- ☑ mail
- ☐ third-party commercial carrier for delivery within 3 days
- ☐ electronic means, with the written consent of the party being served

To the following address:

Ron Haddad, Jr. (410-26-424)
Federal Correction Institution
Inmate Mail/Parcels
P.O. Box 1000
Milan, MI 48160

/s/Delisa M. Sánchez