# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Without Prejudice,
I AM, ronald-robert:haddad v. RIDGWAY ET AL. / Ridgway et al. ~~[illegible]~~

No. 17-1723

RECEIVED
MAY 15 2017
United States Court of Appeals
For The Federal Circuit

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☑ Pro-Persona ☐ As counsel for: without prejudice, I AM, ronald-robert:haddad
Name of party

I am, or the party I represent is (select one):

☑ ~~Petitioner~~ Proponent ☐ Respondent ☐ Amicus curiae ☐ Cross Appellant
☐ Appellant ☐ Appellee ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant ☐ Respondent or appellee

Name: I AM, without Prejudice, ronald-robert:haddad Invoking:
~~Law Firm~~: Secured Party U.C.C.-1 Document # 2013-035-032 Ab Initio S.E.C. Trace # 2648220 All Rights Reserved U.C.C.
Address: Milan Federal Correctional Institution P.O. BOX 1000
City, State and Zip: Milan, Michigan republic [near Rural Route 48160]
Telephone:
Fax #:
E-mail address:

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing __________ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): ________

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date ________ Signature of pro se or counsel ________

cc: ________

Reset Fields

P.O. BOX 1000
Milan Federal Correctional Institution
Milan, Michigan republic [near Rural Route 48160]

[41026-424]
Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439